IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANEZ PEREZ<br>　　　*Plaintiff*<br><br>v.<br><br>SALTZ, MONGELUZZI, & BENDESKY, P.C.<br>　　　*Defendant* | Civil No. 25-2107 |

**ORDER**

**AND NOW**, this 30th day of June, 2025, it appearing that Defendant failed to comply with the Court's April 28, 2025 Meet and Confer Order,[1] it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 9) is **STRICKEN** without prejudice.  **IT IS FURTHER ORDERED** that Defendant shall file a motion that complies with the Court's April 28, 2025 Order, or shall otherwise respond to the complaint no later than July 14, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge

---

[1] The Court ordered Defendant to meet and confer with Plaintiff at least seven days before filing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and to certify that the parties were unable to resolve their disputes.  ECF No. 4.  However, Defendant has not certified that it met and conferred with Plaintiff before filing its motion to dismiss.  ECF No. 9.