**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **YANEZ PEREZ,**<br>            *Plaintiff,*<br><br>        **v.**<br><br>**SALTZ, MONGELUZZI, & BENDESKY, P.C.,**<br>            *Defendant.* | **Civil No. 25-2107** |

## ORDER

**AND NOW**, this 14th day of July, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 12) and all corresponding briefing, it is hereby **ORDERED**, for the reasons stated in the Court's accompanying Memorandum, that Defendant's Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion is **GRANTED** as to Counts II and IV, and as to the discrimination claims under Counts I and III.  Plaintiff's claims are **DISMISSED** without prejudice.

2. Defendant's Motion is **DENIED** in part as to the constructive discharge claims under Counts I and III.

3. Plaintiff is granted leave to amend her Complaint by no later than August 13, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge